**BISHOP COAL COMPANY, Petitioner,**

v.

**Nora L. HORNE, Surviving Spouse of David Horne; Director, Office of Workers' Compensation Programs, Respondents.**

No. 05–1447.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 5, 2008.

Decided: Sept. 17, 2008.

Douglas A. Smoot, William S. Mattingly, Kathy L. Snyder, Jackson Kelly PLLC, Morgantown, West Virginia, for Petitioner. Howard M. Radzely, Solicitor of Labor, Donald S. Shire, Associate Solicitor, Christian P. Barber, Barry H. Joyner, United States Department of Labor, Washington, D.C.; Joseph E. Wolfe, W. Andrew Delph, Jr., Wolfe, Williams & Rutherford, Norton, Virginia, for Respondents.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bishop Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of survivor's black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Bishop Coal Co. v. Horne,* No. 04–0460–BLA (B.R.B. Feb. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*